UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

R'Kes Starling

               Plaintiff,

-against-

              1:26-cv-1

Harbor Hill Capital Group LLC

**MOTION FOR ADMISSION PRO HAC VICE**

               Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Andrew Roman Perrong__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __R'Kes Starling__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania, Oregon__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:
01/10/2026

Respectfully Submitted,

Applicant Signature: _(signature)_
Applicant's Name: Andrew Roman Perrong
Firm Name: Perrong Law LLC
Address: 2657 Mount Carmel Avenue
City/State/Zip: Glenside, PA 19038
Telephone/Fax: 215-225-5529 / 888-329-0305
Email: a@perronglaw.com