**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------

R'Kes Starling

                         Plaintiff(s),

      v.

Harbor Hill Capital Group LLC

                         Defendant(s).

--------------------------------------------------------

1:26-cv-1

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

PRINT

I, Andrew Roman Perrong, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Perrong Law LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania, Oregon.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 333687, 243320
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-cv-1 for Plaintiff R'Kes Starling.

Date 01/10/2026

*Andrew Roman Perrong*
Signature of Movant
Firm Name: Perrong Law LLC
Address: 2657 Mount Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com
Phone: 215-225-5529

**NOTARIZED**
State of Florida
County of Hillsborough County

NOEMI RAMOS-CUEVAS
Notary Public - State of Florida
Commission # HH 301866
Expires on August 17, 2026

Sworn to (or affirmed) and subscribed before me by means of online notarization, this 01/10/2026 by Andrew Roman Perrong.

*Noemi Ramos-Cuevas* Online Notary
Noemi Ramos-Cuevas

___ Personally Known OR ✓ Produced Identification
Type of Identification Produced PASSPORT

Notarized remotely online using communication technology via Proof.