# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

R'Kes Starling

Plaintiff,

-against-

Harbor Hill Capital Group LLC

Defendant.

1:26 cv 1 ( )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Andrew Roman Perrong__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania, Oregon__; and that his/her contact information is as follows (please print):

Applicant's Name: __Andrew Roman Perrong__

Firm Name: __Perrong Law LLC__

Address: __2657 Mount Carmel Avenue__

City / State / Zip: __Glenside, PA 19038__

Telephone / Fax: __215-225-5529 / 888-329-0305__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __R'Kes Starling__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge