

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Andrew Roman Perrong, Esq.

**DATE OF ADMISSION**

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 16, 2025

*Nicole Traini*

Nicole Traini
Chief Clerk