# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| **R'KES STARLING, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **HARBOR HILL CAPITAL GROUP LLC** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:26-cv-00001-TAM ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

David Jacques, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on January 22, 2026, at 1:23 pm at 99 Washington Ave, Albany, NY 12210, Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, QUALITY CONTROL CHECK, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: HARBOR HILL CAPITAL GROUP LLC (hereinafter referred to as "subject") by leaving the following documents with Bryan Millner who as Clerk is authorized by appointment or by law to receive service of process for HARBOR HILL CAPITAL GROUP LLC.
My perception of the description of the individual served is as follows:
White Male, est. age 25-34, glasses: N, Brown hair, 240 lbs to 260 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.6545339,-73.758868
Photograph: See Exhibit 1

Total Cost: $254.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Albany County, NY on 1/23/2026.

/s/ *David Jacques*
Signature
Server Name: David Jacques

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

