**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **R'KES STARLING,** individually and on behalf of all others similarly situated, | Case No. 1:26-cv-1 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HARBOR HILL CAPITAL GROUP LLC.** | |
| *Defendant.* | |

<u>**PROOF OF SERVICE**</u>

In accordance with this Court's Minute Order of March 20, 2026, counsel for Plaintiff hereby submits the attached Proof of Service of this Court's Order.

As directed by the Court, Plaintiff's counsel emailed a copy to Dovid Pinson at admin@harborhillcap.com, who emailed Plaintiff's counsel in the email thread attached herein as Exhibit A offering to settle the case multiple times.

Plaintiff also sent copies via UPS to two addresses identified through skip-tracing efforts associated with Dovid Pinson, attached herein as Exhibit B. The addresses are as follows:

Dovid Pinson                                      Dovid Pinson
Harbor Hill Capital Group LLC       Harbor Hill Capital Group LLC
1509 President St                              58 W Maple Ave
Brooklyn NY 11213-4542                 Monsey NY 10952-2937

Plaintiff's counsel apologizes to the Court for the delay in submitting this Proof of Service, which such delay was caused by a delay in obtaining the attached proofs of delivery.

RESPECTFULLY SUBMITTED AND DATED this March 29, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com