**PERRONG LAW LLC**

Andrew Perrong <a@perronglaw.com>

## R'KES STARLING v. HARBOR HILL CAPITAL GROUP LLC.

**Andrew Perrong** <a@perronglaw.com>                    Wed, Mar 25, 2026 at 9:22 PM
To: Admin HHC <admin@harborhillcap.com>

Mr. Pinson,

Please see the attached Court Order.

On Thu, Mar 12, 2026 at 1:12 PM Admin HHC <admin@harborhillcap.com> wrote:
> Ok, happy to settle
> I have a whole bunch of attorneys reaching out to represent me But our business is having issues right now with cash flow
> would client accept the  whats his counter offer?
>
> On Mon, Mar 9, 2026 at 7:29 PM Andrew Perrong <a@perronglaw.com> wrote:
>> We are happy to discuss potential resolution once we have the class calling data and can discuss it with counsel.
>
> [Quoted text hidden]

📄 **Starling v. Harbor Hill Court Order.pdf**
93K