Thursday, 03/26/2026 12:09 PM EDT

# Dovid Pinson

Harbor Hill Capital Group LLC
58 W Maple Ave
Monsey NY 10952-2937

 Shipment Details

 1Z12W3V60398211700

| Ship From Address: Perrong Law | Package Details |
| --- | --- |
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | Package Type: Envelope, Padded Envelope, Poly Bag, Soft Pack, or Box in a Bag<br>Dimensions: 12×9″<br>Weight: 8 oz<br>Free Online Delivery Confirmation |

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z12W3V60398211700

**Weight**
0.50 LBS

**Service**
UPS Ground

**Shipped / Billed On**
03/26/2026

**Delivered On**
03/27/2026 4:21 P.M.

**Delivered To**
MONSEY, NY, US

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 03/29/2026 7:16 P.M. EST



# Dovid Pinson

Harbor Hill Capital Group LLC
1509 President St
Brooklyn NY 11213-4542

 Shipment Details

 1Z12W3V60399475111

| Ship From Address: Perrong Law | Package Details |
| --- | --- |
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | Package Type: Envelope, Padded Envelope, Poly Bag, Soft Pack, or Box in a Bag<br>Dimensions: 12×9″<br>Weight: 8 oz<br>Free Online Delivery Confirmation |

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z12W3V60399475111

**Weight**
0.50 LBS

**Service**
UPS Ground

**Shipped / Billed On**
03/26/2026

**Delivered On**
03/27/2026 1:08 P.M.

**Delivered To**
BROOKLYN, NY, US

**Delivery Location**
Met Customer

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 03/29/2026 7:16 P.M. EST