**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

R'KES STARLING, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

HARBOR HILL CAPITAL GROUP LLC.

        Defendant.

Case No.: 1:26-cv-00001

### NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, before the United States Court for the Eastern District of New York, Defendant Harbor Hill Capital Group LLC, upon its Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiffs' Complaint, and upon all of the pleadings and prior proceedings herein, will move this Court for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), together with other and further relief as may be just and proper.

DATED: April 17, 2026

Respectfully submitted,

*/s/ Leo O'Toole*
Leo O'Toole
WATSTEIN TEREPKA, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
(404) 779-5190
lotoole@wtlaw.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: */s/ Leo O'Toole*
Leo O'Toole