AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| R'KES STARLING | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00001 |
| HARBOR HILL CAPITAL GROUP LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Harbor Hill Capital Group LLC                                                    .

Date:    04/27/2026

/s/ Leo O'Toole
*Attorney's signature*

Leo P. O'Toole, NY Bar #5571369, EDNY LO1064
*Printed name and bar number*

Watstein Terepka LLP
75 14th Street NE, Ste. 2600
Atlanta, GA 30309

*Address*

lotoole@wtlaw.com
*E-mail address*

(404) 779-5190
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|