

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                         Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                              Fax (888) 329-0305


May 6, 2026

*Via ECF*
Chambers of Hon. Taryn A. Merkl
225 Cadman Plaza East, Room 1420 South
Brooklyn, New York 11201

Re:    Response to Pre-Motion Letter,
*Starling v. Harbor Hill Cap.*, No. 1:26-cv-1

Dear Judge Merkl:

I represent Plaintiff in the above-captioned matter. We write to address the Court's Order dated April 21, 2026, regarding the Defendant's procedurally improper Motion to Dismiss. Before the Court entered that Order, Plaintiff had already substantially prepared an opposition to the Motion. In the interest of efficiency, and without waiving any position concerning Defendant's failure to comply with the Court's Individual or Local Rules, Plaintiff attaches that proposed opposition as Exhibit A for the Court's consideration should the Court permit briefing to proceed.

In brief, Plaintiff's opposition explains that Defendant's motion rests on an unduly narrow reading of 47 U.S.C. § 227(c)(5). The TCPA's text, structure, purpose, FCC implementing regulations, and the weight of recent authority, including unanimous decisions within this Circuit, confirm that telemarketing text message calls qualify as "telephone calls" for purposes of the Do Not Call provisions of the TCPA and the private right of action.

For the Court's further context, Plaintiff has continued to receive the same type of unsolicited telemarketing calls complained of in the Complaint. Indeed, twice this week, Plaintiff received the following calls, apparently with Plaintiff's name changed in its automated illegal text message calling system to read "Do not call lawsuit," with Defendant continuing to call Plaintiff under that apparently (accurate) name:

+1 (833) 937-2920 ⟩

Text Message • SMS
Monday 4:29 PM

Hey Do not call lawsuit if something made sense for the buisness would you be open to taking a look?

+1 (833) 408-5883 ⟩

Text Message • SMS
Today 2:36 PM

Hi Do not call lawsuit we can you approved in 1 hour, how much is needed today? best email?

Nevertheless, Plaintiff respectfully requests that, if the Court allows Defendant's motion to proceed notwithstanding the procedural defects identified in the April 21 Order, the Court accept Plaintiff's attached opposition or otherwise set an appropriate briefing schedule.

Respectfully Yours,

Andrew R. Perrong, Esq.

2