Case Name: <u>Starling v. Harbor Hill Capital</u> Case Number: __1:26__-CV-__1____(__RER__) (TAM)

| CASE MANAGEMENT WORKSHEET | |
|---|---|
| **Preparation for Initial Conference** | |
| **Rule 26(f) conference held?** | Date: 5/19/2026 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | 5/22/2026 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ☐  No ☒  N/A |
| **Confidentiality Order to be submitted for Court approval?** (at later time) | Yes ☐  No ☒  N/A |
| **Anticipated number of depositions:** | Plaintiff(s): No more than 10<br>Defendant(s): No more than 10 |
| **First requests for production of documents and for interrogatories due by:** | 5/27/2026 (Pl. Proposal)<br>Def: Discovery should be stayed pending resolution of MTD issues |
| **Proposed Deadlines for Pre-Settlement Discovery (Phase I)** | |
| **Agreed upon completion date for Phase I Discovery:** (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 8/27/2026 (Pl Proposal)<br>Def: Disc. should be stayed; if not, 7/27/2026 (60 days from IC) |
| **Date for pre-settlement status conference with counsel:** (Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 9/14/2026 (Pl Proposal)<br>Def: Disc. should be stayed; if not, 8/11/2026 (15 days from Phase 1) |
| **Proposed Deadlines for Discovery and Motion Practice (Phase II)** | |
| **Deadline to join new parties or amend pleadings as of right:** (Presumptively 15 days after initial settlement conference) | 8/2/2026 (Pl Proposal)<br>Def: Agree to 8/2/2026 |
| **All fact discovery completed by:** (Presumptively 3.5 months after first requests for documents/interrogatories) | 12/11/2026 (Pl Proposal)<br>Def: Stay of deadline pending MTD |
| **Joint status report certifying close of fact discovery:** | 12/18/2026 (Pl Proposal)<br>Def: Stay of deadline pending MTD |
| **Anticipated number of expert reports:** | Plaintiff(s): 1-2<br>Defendant(s): 1-2 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:**<br>(Presumptively 30 days after fact discovery) | 1/29/2026 (PI Proposal)<br><br>Def: Stay of deadline pending MTD |
| **Expert depositions completed by:**<br>(Presumptively 30 days after initial expert disclosures) | 3/5/2026 (PI Proposal)<br>Def: Stay of deadline pending MTD |
| **Exchange of rebuttal expert reports by:**<br>(Presumptively 30–45 days after initial expert disclosures) | 3/5/2026 (PI Proposal)<br>Def: Stay of deadline pending MTD |
| **All expert discovery completed by:** | 3/26/2026 (PI Proposal)<br>Def: Stay of deadline pending MTD |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:**<br>(Presumptively 9 months after Initial Conference) | 3/26/2026 (PI Proposal)<br>Def: Stay of deadline pending MTD |
| **Final date to take first step in dispositive motion practice:**<br>(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 4/30/2026 (PI Proposal)<br><br>Def: Stay of deadline pending MTD |

| | | |
|---|---|---|
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐ | No ☑ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?**<br>(The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐ | No ☑ |

SO ORDERED:

_____          _____
**TARYN A. MERKL**                            **DATE**
United States Magistrate Judge