

**WATSTEIN**
**TEREPKA** LLP

Leo O'Toole
lotoole@wtlaw.com
404-779-5190

May 27, 2026

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Judge
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** ***R'Kes Starling v. Harbor Hill Capital Group LLC*, Case No. 1:26-cv-00001**
> **Letter Seeking Leave to File a Reply in Support of Motion to Dismiss**

Dear Judge Reyes:

We represent Defendant Harbor Hill Capital Group LLC ("Harbor Hill") in the above dispute. We write to address two issues in connection with the parties' submissions concerning Defendant's proposed motion to dismiss (ECF 10) and Plaintiff's letter response and proposed opposition thereto (ECF 13, 13-1).

First, to the extent that the Court intends to rule on the proposed motion to dismiss without setting a briefing schedule, Defendant Harbor Hill Capital Group writes to seek leave to file the proposed reply brief, which is attached as Exhibit A to this letter. To adequately address the arguments raised in Plaintiff's 25-page proposed opposition brief, Defendant further writes to seek leave to exceed the word limit for reply briefs set out in Local Rule 7.1(c) and Section IV.C.1 of Your Honor's Individual Rules. Defendant requests leave to file the proposed reply, which is 14 pages and 5,414 words, in order to adequately address the arguments raised in Plaintiff's proposed opposition and to notify the Court of last week's argument before the Seventh Circuit in *Steidinger v. Blackstone Medical Services*, Case No. 25-2398.[1] Defendant's 11-page opening brief and 14-page proposed reply are roughly equal in length to Plaintiff's 25-page proposed opposition. Plaintiff opposes the filing of "any reply."

---

[1] Your Honor's rules provide that "[i]f the Court permits a party to submit briefs longer than [your] limits, each additional page must not contain more than 350 additional words." Defendant is unsure which pages are subject to this limitation and has provided the exact word count here and in the proposed reply for the avoidance of doubt.

| **Atlanta** | **Los Angeles** | **Miami** |
|---|---|---|
| 1055 Howell Mill Road, 8th Floor | 515 S. Flower Street, 19th Floor | 218 NW 24th Street, 3rd Floor |
| Atlanta, GA 30318 | Los Angeles, CA 90071 | Miami, FL 33127 |

 **www.wtlaw.com**      **lotoole@wtlaw.com**      **404-779-5190**

2

Second, Defendant writes to briefly respond to Plaintiff's allegation in his letter response that Defendant continues to text Plaintiff. Setting aside that Plaintiff's number is a business number not subject to the statute, this is not true. The texts in the letter response are associated with different numbers than those alleged in the complaint. *Compare* ECF 13 (texts from numbers ending in 2920 and 5883) *with* ECF 1 (alleging texts from numbers ending in 6074 and 4029).

Defendant thanks the Court for its consideration.

Respectfully submitted,

*/s/ Leo O'Toole*
Leo O'Toole

2